IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathleen Williams, et al.,                 Case No. 3:13 CV 2041

         Plaintiffs,                     O R D E R

       -vs-                             JUDGE JACK ZOUHARY

Amanda Crosby, et al.,

         Defendants.

This Court held a status phone conference on May 20, 2014.

Counsel present: Jeffrey Nunnari for Plaintiffs; Erin Moore for Defendants.

Plaintiffs may depose Defendant Amanda Crosby, and Defendants may depose Plaintiff Kathleen Williams. After both depositions are scheduled, counsel shall contact this Court via e-mail (zouhary_chambers@ohnd.uscourts.gov) to request a date for a further phone status.

This Court adopts those portions of the Magistrate Judge's Amended Report & Recommendation ("R&R") to which no party objected (*see* Doc. 31 at 24). As agreed during the phone status, Plaintiffs' claims against Defendant McDonough are dismissed without prejudice. Defendants' Objections to the R&R (Doc. 32) are denied without prejudice to renewal of the legal arguments advanced in support of the Objection in an appropriate dispositive motion.

The case schedule dates previously set are vacated (*see* Doc. 20). This Court will discuss a revised case schedule at the next phone status to be held after initial depositions are completed.

IT IS SO ORDERED.

                                                                                      s/ *Jack Zouhary*
                                                                                      JACK ZOUHARY
                                                                                      U. S. DISTRICT JUDGE

                                                                                      May 21, 2014